

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 15, 20 24

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

1. RAMON DUARTE GARCIA,

2. HUMBERTO LOPEZ RODRIGUEZ,

    and

3. CURTIS MCDANIEL,

    Defendants.

NO. **CR24-088 TL**

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

**(Conspiracy to Distribute Controlled Substances)**

Beginning at a time unknown, and continuing until at least May 15, 2024, in King County, within the Western District of Washington, and elsewhere, RAMON DUARTE GARCIA, HUMBERTO LOPEZ RODRIGUEZ, CURTIS MCDANIEL, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: cocaine, methamphetamine, heroin, and N-phenyl-N-[1-(2-

Indictment - 1
*United States v. Duarte Garcia, et al.*
USAO No. 2020R00998

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

phenylethyl)-4-piperidinyl] propanamide (Fentanyl), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to RAMON DUARTE GARCIA, HUMBERTO LOPEZ RODRIGUEZ, and CURTIS MCDANIEL, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved five kilograms or more of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

The Grand Jury further alleges that with respect to RAMON DUARTE GARCIA, HUMBERTO LOPEZ RODRIGUEZ, and CURTIS MCDANIEL, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, RAMON DUARTE GARCIA, HUMBERTO LOPEZ RODRIGUEZ, and CURTIS MCDANIEL shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

Indictment - 2
*United States v. Duarte Garcia, et al.*
USAO No. 2020R00998

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or,

e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:    Yes

DATED:    May 15, 2024

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
JOSEPH C. SILVIO
C. ANDREW COLASURDO
Assistant United States Attorneys

Indictment - 3
*United States v. Duarte Garcia, et al.*
USAO No. 2020R00998

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970